IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17CV483

| | |
|---|---|
| MICHAEL ROSKOPF, *on behalf of himself and all others similarly situated*, <br><br>　　　Plaintiff, <br><br>vs. <br><br>PARK STERLING CORPORATION, *et al.*, <br><br>　　　Defendants. | ORDER |

　　　This matter is before the Court upon its own motion. The Complaint was filed in this matter on August 14, 2017 and summons was issued on August 15. It appears to the Court that service has not been made on any Defendants. Accordingly,

　　　IT IS THEREFORE ORDERED that the Plaintiff is directed to show cause within 14 days why this case should not be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Signed: January 23, 2018

*Graham C. Mullen*
Graham C. Mullen
United States District Judge