# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| MICHAEL ROSKOPF, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br>vs.<br><br>PARK STERLING CORPORATION, JAMES CHERRY, LESLIE M. BAKER, KIM S. PRICE, LARRY CARROLL, BEN R. RUDISILL, THOMAS HENSON, JEAN E. DAVIS, PATRICIAL C. HARTUNG, WALTER C. AYERS, JEFFREY KANE, GRANT S. GRAYSON, and ROBERT C. WHITTEN,<br><br>Defendants. | Case No.: 3:17-cv-00483<br><br>**NOTICE OF DISMISSAL** |

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that Plaintiff Michael Roskopf ("Plaintiff") voluntarily dismisses the captioned class action (the "Action") with prejudice as to Plaintiff himself and without prejudice as to the proposed class. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: January 29, 2018  **WARD BLACK LAW**

        By: /s/ Janet Ward Black
        Janet Ward Black
        NC State Bar 12869
        Nancy R. Meyers
        NC State Bar 23339
        208 W. Wendover Ave.
        Greensboro, NC 27401
        Tel.: (336) 333-2244
        Fax: (336) 379-9415
        jwblack@wardblacklaw.com

*Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th on January, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of this filing and an electronic copy of same to all counsel of record registered with the CM/ECF system, and I hereby certify that I have thereby electronically served the document upon all counsel in this action registered with the CM/ECF system.

/s/ Janet Ward Black
Janet Ward Black
NC State Bar 12869
208 W. Wendover Ave.
Greensboro, NC 27401
Tel.: (336) 333-2244
Fax: (336) 379-9415
jwblack@wardblacklaw.com